FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STACIE RIDENBAUGH and GEORGE RIDENBAUGH, individually and as the martial community thereof,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UMTRIN AUTO AND HOME INSURANCE COMPANY, an Illinois Corporation, doing business in the State of Washington, and a wholly owned subsidiary of Kemper Direct Auto and Home Insurance, and KEMPER DIRECT AUTO AND HOME INSURANCE, an Illinois Corporation, doing business in the State of Washington, and TOBY ORR, an individual,<br><br>    Defendants. | NO. 2:23-CV-00288-SAB<br><br>**ORDER GRANTING MOTION FOR DISMISSAL** |

Before the Court is Plaintiffs' Motion for FRCP 41 Voluntary Dismissal Without Prejudice, ECF No. 12. The motion was heard without oral argument. Plaintiffs are represented by Ryan Best. Defendants are represented by Candice J. Martin, and Francis J. Maloney, III.

Plaintiffs ask the Court to dismiss the above-entitled action without

**ORDER GRANTING MOTION FOR DISMISSAL** ~ 1

prejudice. Defendant does not oppose Plaintiffs' motion. ECF No. 14.

      Accordingly, **IT IS HEREBY ORDERED**:

      1.  Plaintiffs' Motion for FRCP 41 Voluntary Dismissal Without Prejudice, ECF No. 12, is **GRANTED**.

      2.  The above-captioned case is dismissed without prejudice.

      **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and **close** the file.

      **DATED** this 13th day of June 2024.



                                  Stanley A. Bastian
                             Chief United States District Judge

**ORDER GRANTING MOTION FOR DISMISSAL ~ 2**